UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civ. File No. 09-2895 (JNE/FLN)

TONY MAGHRAK, as Chairman and
BRUCE YOUNG, as Secretary of the IBEW
Local No. 292 Health Care Plan; TONY MAGHRAK,
as Chairman and BRUCE YOUNG, as Secretary
of the Electrical Workers Local No. 292 Pension Fund;
TONY MAGHRAK, as Chairman and
BRUCE YOUNG, as Secretary of the Electrical
Workers Local No. 292 Annuity & 401(k) Fund;
TONY MAGHRAK, as Chairman and
BRUCE YOUNG, as Secretary of the Electrical
Workers Local No. 292 Vacation & Holiday Fund;
TONY MAGHRAK, as Chairman and
BRUCE YOUNG, as Secretary of the Minneapolis
Electrical Industry Board/JATC/LMCC;
and each of their successors,

O R D E R

        Plaintiffs,
v.

MENDOTA ELECTRIC, INC.,

        Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 14, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion for entry of judgment is GRANTED [#7].

2. Judgment in the amount of $27,870.76 is entered against Defendant and in favor of Plaintiffs.

DATED: 2-25-2010                      s/ Joan N. Ericksen
at Minneapolis, Minnesota         JUDGE JOAN N. ERICKSEN
                                                       United States District Court